# UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 21-00026** |
| | ) | **MAGISTRATE JUDGE ZIA M. FARUQUI** |
| **ROBERTO ANTONIO MINUTA** | ) | |

### Unopposed MOTION to amend conditions of release as Roberto Antonio Minuta

Comes now Attorney Jenifer Wicks and hereby move this Honorable Court to amend the conditions of release, given that Mr. Minuta resides in the Eastern District of Texas, not the Northern District of Texas. When the release order issued, see Exhibit A, it indicated that he should be reporting travel outside of the Eastern District to Pretrial Services.Apparently the line between he resides in a County that is in both the Northern and Eastern Districts of Texas.    Furthermore, it continues to be necessary for him to travel monthly to New York where his business is located.  In support of this motion based on information and belief, counsel states the following:

1. Jenifer Wicks, counsel for Mr. Minuti, moves this Honorable Court to allow Mr. Minuta to merely report travel outside of the Eastern District of Texas, as he resides in that district and not the Northern District

2.     Undersigned  has conferred with assigned Assistant United States Attorney Troy Edwards, PSA agent Andre Sidbury, and each  has authorized counsel to represent that they have no opposition to this motion.

WHEREFORE, Jenifer Wicks and Roberto Minuti request that the Court enter an Order amending the conditions such that he may travel to New York and must only report travel outside of the Eastern District of Texas to PSA.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____

Jenifer Wicks, D.C. Bar ID:  465476
P.O. Box 60585
Washington, DC 20039
Telephone:  202-839-5102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties.  I hereby certify that a true and exact copy of the foregoing Motion on this the 31st  day of March, 2021.

*/s/ Jenifer Wicks*

_____

Jenifer Wicks, D.C. Bar ID:  465476