UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 21-cr-28-11 (APM) |
| | ) |
| ROBERTO ANTONIO MINUTA | ) |

## ORDER

Upon consideration of the Unopposed Motion, and for good cause shown, it is hereby ORDERED that the Motion is Granted; and it is

Further ordered that Defendant's conditions of release are modified such that he must notify the Pretrial Services Agency in advance of any travel outside of Texas. All other conditions of the March 17, 2021 release order remain in force.

Zia M. Faruqui
2021.04.06
01:07:39 -04'00'

_____
Zia M. Faruqui, U.S. Magistrate Judge

2