# UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 21-cr-0028-APM** |
| ) | |
| **ROBERTO ANTONIO MINUTA** ) | |

## NOTICE OF JOINING MOTIONS

Roberto Antonio Minuta is charged in counts 1, 2, and 4 of the pending indictment in this matter.  By and through undersigned counsel Jenifer Wicks,  he hereby provides notice to the Court and parties that he joins and adopts the following motions:

Harrelson Motion to Dismiss Counts 1,2,3, and 4 (Document 278)
Caldwell Motion to Change Venue (ECF 273)
Caldwell Motion to Dismiss (ECF 240)

Respectfully submitted,

/s/ Jenifer Wicks

Jenifer Wicks, D.C. Bar ID:  465476
BLIND JUSTICE
P.O. Box 60585
Washington, DC 20039
Telephone:  202-839-5102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties on this 3rd  day of July, 2021.

/s/ Jenifer Wicks

Jenifer Wicks, D.C. Bar ID:  465476

Case 1:21-cr-00028-APM   Document 287   Filed 07/03/21   Page 2 of 2