## UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CASE NO. 21-cr-0028-APM |
| ) | |
| ROBERTO ANTONIO MINUTA  ) | |

### NOTICE OF JOINING

Roberto Antonio Minuta is charged in counts 1, 2, and 4 of the pending indictment in this matter. By and through undersigned counsel Jenifer Wicks, he hereby provides notice to the Court and parties that he joins and adopts the following:

Crowl  MOTION to Dismiss Count *I and II for Failure to State an Offense and for Vagueness* (Document 288)

James Opposition to APPLICATION for Access to Video Exhibits by Counsel for Coalition Press as to JOSHUA A. JAMES (application at ECF 297; opposition at ECF 302).

Respectfully submitted,

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID:  465476
BLIND JUSTICE
P.O. Box 60585
Washington, DC 20039
Telephone:  202-839-5102

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties on this 3rd day of July, 2021.

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID:  465476