UNITED STATES DISTRICT COURT DISTRICT
OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 21-cr-0028-APM |
| | ) | |
| ROBERTO ANTONIO MINUTA | ) | |

## NOTICE OF JOINING MOTIONS

Roberto Antonio Minuta is charged in counts 1, 2, and 4 of the pending indictment in this matter. By and through undersigned counsel Jenifer Wicks, he hereby provides notice to the Court and parties that he joins and adopts the following:

NOTICE *of Reserving Right to File Substantive Motions* by WILLIAM ISAACS (Document 378)

Respectfully submitted,

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID: 465476
BLIND JUSTICE
P.O. Box 60585
Washington, DC 20039
Telephone: 202-839-5102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served by ECF on all parties on this 2nd day of September, 2021.

*/s/ Jenifer Wicks*

Jenifer Wicks, D.C. Bar ID: 465476