**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | Case No.: 21cr-28-APM |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERTO MINUTA | ) | |
| | ) | |

**(ECF 389) MINUTA MOTION TO DISMISS OR EXCLUDE EVIDENCE  - EXHIBIT 1 REDACTED**

Roberto Minuta, by and through undersigned counsel, FILES A REDACTED VERSION OF EXHIBIT 1

Respectfully submitted.

/s/ Jenifer Wicks
_____
JENIFER WICKS
DC Bar 465476
Blind Justice Legal Services
PO Box 60585
Washington, DC 20039
Telephone 202-839-5102
Facsimile 202-478-0867
Email Jenifer@BlindJusticeDC.org

[Margin annotations:]
Formatted: Font: Bold
Deleted: _____ DIVISION
Deleted: JEFFREY M. WILLETT,
Deleted: ¶ Plaintiff,
Deleted: 18-cv-
Deleted: _____
Deleted: CIVIL RIGHTS COMPLAINT (Bivens)
Deleted: JURY TRIAL DEMANDED
Deleted: U.S. DEPARTMENT OF STATE,¶ Michael R. Pompeo (Secretary of State),
Formatted: Font: Bold
Deleted: )¶ ...[2]
Deleted: )¶ ...[3]
Deleted: LAW ENFORCEMENT LIAISON DIVISION ...[1]
Deleted: PRELIMINARY STATEMENT
Formatted: Font: Not Bold
Formatted: No bullets or numbering
Formatted: Font: Not Bold
Formatted: Font: Not Bold
Formatted: Font: Not Bold
Formatted: Left
Deleted: Plaintiff
Formatted ...[4]
Formatted: Normal, Justified, Space After: 12 pt
Deleted: moves the Court for entry of judgment in his favor against the U.S. Department of State (hereafter, "DOS"), Mic... [5]
Deleted: Civil Rights Complaint/Bivens Action -

1

| | | | |
|---|---|---|---|
| **Page 1: [1] Deleted** | **Jenifer Wicks** | **11/1/18 11:41:00 AM** | |

| | | | |
|---|---|---|---|
| **Page 1: [2] Deleted** | **Jenifer Wicks** | **11/1/18 11:42:00 AM** | |

| | | | |
|---|---|---|---|
| **Page 1: [3] Deleted** | **Jenifer Wicks** | **11/1/18 11:42:00 AM** | |

| | | | |
|---|---|---|---|
| **Page 1: [4] Formatted** | **Jenifer Wicks** | **11/30/20 7:11:00 PM** | |

Left, Indent: First line:  3", Space After:  0 pt, Line spacing:  single, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

| | | | |
|---|---|---|---|
| **Page 1: [5] Deleted** | **Jenifer Wicks** | **11/1/18 11:50:00 AM** | |