Minuta Motion to Dismiss exhibit 1
Case 1:21-cr-00028-APM Document 403-1 Filed 09/07/21 Page 1 of 3
FD-302 (Rev. 5-8-10)
-1 of 3-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/22/2021

On 17 July 2021, Federal Bureau of Investigation (FBI) Special Agent (SA) ▬▬▬, while on leave and in a non-official capacity, was at ▬▬▬. Also present was ▬▬▬ (hereinafter known as GROUP). Between approximately 1200 and 1530, Roberto Minuta (MINUTA) made the following statements:

[Agent note: During the encounter with MINUTA, the author did not identify himself to MINUTA as an FBI Special Agent. Author did not attempt to elicit any information from MINUTA regarding MINUTA's charged conduct. The author asked one clarifying question, and that was if the felony charges were conspiracy charges, which MINUTA confirmed. Additionally, the author did not instruct the GROUP to elicit information regarding MINUTA's pending charges.]

MINUTA's life had been a crazy since 6 January 2021. MINUTA was an Oathkeeper, and was a member of Roger Stone's security detail on 6 January 2021. On 6 January 2021, MINUTA had a conversation with two police officers outside of the capitol building and asked them what was going on. The officers stated they were overwhelmed and were trying to get their fellow officers out of the capitol building. MINUTA entered in the capitol building to help the officers. Upon walking inside, MINUTA saw people getting violent to include taking away police officer's riot shields. MINUTA helped clear a path for the officers to exit the building. MINUTA entered the building approximately an hour to an hour and a half after Congress paused the

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 07/17/2021 at | ▬▬▬, United States (In Person) | |
| File # | 176-WF-3366759-MINUTA_ROBERTO, 266O-DL-3377055 | Date drafted | 07/19/2021 |
| by | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

176-WF-3366759-MINUTA_ROBERTO

Continuation of FD-302 of (U//FOUO) Roberto Minuta Incidental Contact and Statements on 17 July 2021 , On 07/17/2021 , Page 2 of 3

counting of the Electoral College votes. The doors were open when MINUTA entered the capitol building. MINUTA left the capitol building when he saw the violence against police officers.

The FBI arrested MINUTA, a Special Weapons and Tactics Team raided his residence, and agents seized his cellular telephone. The government charged MINUTA with two felonies and a misdemeanor for his actions on 6 January 2021. The felony charges were conspiracy charges.

MINUTA spoke to                                twice on 6 January 2021. Once to provide information about          security detail, and once to advise       of when the detail left. The FBI knew about the phone calls from MINUTA's telephone records.                     .

MINUTA saw police officers arrest a protestor who was helping a person being attacked by Antifa.

MINUTA was not involved in any conspiracy.

MINUTA told all of this to the FBI.

All of the conspiracy charges were fake. The FBI stated MINUTA spit in an officer's face, which was a lie.

The Cable News Network (CNN) did a hit piece on MINUTA prior to 6 January 2021. The FBI took information from the CNN piece and used it against him. The FBI was the strong arm of CNN.

[Agent note: MINUTA later showed the video of the CNN piece to the GROUP in the tattoo parlor. The author was outside of the parlor at the start of, and for the majority of, the video, but saw last part of the video. The author did not recall how much of the video was viewed.]

Since the CNN article and 6 January 2021, MINUTA had received death threats, and Antifa and Black Lives Matter members vandalized his shop in Newburgh, New York.

Since his arrest, MINUTA had not been able to use any money applications like Venmo or Cash App, and had issues with his credit cards, bank accounts,

176-WF-3366759-MINUTA_ROBERTO

Continuation of FD-302 of (U//FOUO) Roberto Minuta Incidental Contact and Statements on 17 July 2021 , On 07/17/2021 , Page 3 of 3

and lines of credit. MINUTA could only take cash from customers now.

MINUTA had trouble at airports since his arrest. MINUTA was on a watch list. When MINUTA flew and traveled through an airport, he was pulled from the security line and searched.

MINUTA turned over his firearms in order to get released from custody. MINUTA was only allowed to travel from                              .

Federal prosecutors recommended MINUTA plead guilty. The felony charges carried up to twenty years in prison. MINUTA was hesitant to take his case to a jury trial because of how liberal Washington D.C. was.

MINUTA expected the process to continue in April 2022.

[Agent note: During the encounter and at the objection of the GROUP, MINUTA paid for pizza ordered by a member of the GROUP. For context, the author understood that MINUTA owned the tattoo parlor, and therefore recognized and appreciated the business the GROUP and author provided. The author viewed MINUTA's payment for the pizza as a sign of appreciation and customer service.]

[Agent note: On 19 July 2021, author contacted the FBI Washington Field Office's              regarding the contact with MINUTA.          instructed author contact                                                   instructed the author to document the encounter with MINUTA via FD-302.]