U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>vs.<br><br>ROBERTO MINUTA | ) Case No.: 21cr-28-APM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**(ECF 389) MINUTA MOTION TO DISMISS OR EXCLUDE EVIDENCE  - EXHIBIT 1 REDACTED**

Roberto Minuta, by  and through undersigned counsel, FILES A REDACTED VERSION OF EXHIBIT 1

Respectfully submitted.

*/s/ Jenifer Wicks*

JENIFER WICKS
DC Bar 465476
Blind Justice Legal Services
PO Box 60585
Washington, DC 20039
Telephone 202-839-5102
Facsimile 202-478-0867
Email Jenifer@BlindJusticeDC.org

1