# U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                              )   **Case No.: 21cr-28-APM**
                                               )
**vs.**                                        )
                                               )
**ROBERTO MINUTA**                             )
                                               )
                                               )
_____

### MOTION TO strike ecf 403

Roberto Minuta, by  and through undersigned counsel, moves to strike the entirety of ECF 403, which erroneously was a redlined version of the filing. Counsel has refiled a corrected copy at ECF 404.

Respectfully submitted.

*/s/ Jenifer Wicks*
_____
JENIFER WICKS
DC Bar 465476
Blind Justice Legal Services
PO Box 60585
Washington, DC 20039
Telephone 202-839-5102
Facsimile 202-478-0867
Email Jenifer@BlindJusticeDC.org

1