**U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | **Case No.: 21-cr-28-APM** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ROBERTO MINUTA** | ) | |
| | ) | |
| | ) | |

_____

## MOTION TO WITHDRAW AS COUNSEL

Counsel for **ROBERTO MINUTA**, moves to withdraw as counsel.

1.      Undersigned counsel is retiring from the practice of law  for medical reasons and so files this motion and requests permission to withdraw from further representation of the Mr. **Minuta** and for the  appointment of new counsel for him.

3.      Coounsel informed Mr. Minuta  of this motion already.  And. as indicated on the certificate of service, undersigned counsel has also served a copy of this motion on Mr. **Minuta**.

WHEREFORE counsel requests leave of the court to withdraw and for the appointment of new counsel for Mr. Minuta.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____
JENIFER WICKS
Blind Justice Legal Services
PO /box 60585
Washington, DC 20039
(202) 839-5102

jenifer@blindjusticedc.org

## CERTIFICATE OF SERVICE

I hereby certify that on October7, 2021 that I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the parties in this matter.  I further certify that on October 7, 2021, I have sent the foregoing document by electronic mail and U.S. Mail, first-class postage prepaid to Mr. Minuta at the last email and postal addressees that counsel had for him:

*/s/ Jenifer Wicks*

_____

JENIFER WICKS