### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 21-028-APM |
| | * |
| ROBERTO MINUTA, et. al. | * |

\* \* \* \* \* \* \* \* \*

The Defendant, Roberto Minuta, by and through his attorney Alfred Guillaume III, moves this Honorable Court to extend the deadline for filing pretrial motions until January 31, 2022. The grounds for this relief are as follows:

1. Undersigned counsel entered his appearance on November 11, 2021.

2. Discovery is voluminous and undersigned counsel needs time to review the discovery and meet with his client.

3. An extension of the motions filing deadline until January 31, 2022, will not delay any hearing that is now scheduled. Government counsel does not oppose defense counsel's extension request.

WHEREFORE, the defendant Roberto Minuta respectfully requests that the deadline for filing pretrial motions be extended until January 31, 2022.

Respectfully submitted,

*Alfred Guillaume*
_____

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of DECEMBER 2021, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.