<div style="text-align:center">

**IN THE UNITED STATES DISTRICT<br>
COURT FOR THE DISTRICT OF<br>
COLUMBIA**

</div>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 23-167-TJK |
| **TRAVIS WICKS** | * | |

<div style="text-align:center">* * * * *</div>

<div style="text-align:center">

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

</div>

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Undersigned counsel represents Mr. Wicks pursuant to a Criminal Justice Act appointment.

2. On or about June 23, 2023, Attorney Bruce A. Johnson entered his appearance on behalf of Mr. Wicks as privately retained counsel.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

<div style="padding-left:50%">

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of June 2023, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

_____
Alfred Guillaume III